IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CRAIG LYONS, ET AL.,** **PLAINTIFFS**
**Each Individually and on Behalf of**
**All Others Similarly Situated**

vs.                           No. 4:12-cv-245 (JMM)

**CONAGRA FOODS PACKAGED FOOD, LLC**
**d/b/a CONAGRA FOODS** **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly employee at ConAgra Foods Packaged Food, LLC, on or after April 24, 2009. I understand this suit is being brought under the Fair Labor Standards Act (FLSA) for overtime compensation. As an hourly employee at ConAgra Foods Packaged Food, LLC, I consent to becoming a party plaintiff to this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jorge A. Marcia      c/o Sanford Law Firm, PLLC
JORGE A. MARCIA          P.O. Box 39
                         Russellville, AR 72801

Date: September 17, 2012

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CRAIG LYONS, ET AL.,** **PLAINTIFFS**
**Each Individually and on Behalf of**
**All Others Similarly Situated**

vs. No. 4:12-cv-245 (JMM)

**CONAGRA FOODS PACKAGED FOOD, LLC**
**d/b/a CONAGRA FOODS** **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly employee at ConAgra Foods Packaged Food, LLC, on or after April 24, 2009. I understand this suit is being brought under the Fair Labor Standards Act (FLSA) for overtime compensation. As an hourly employee at ConAgra Foods Packaged Food, LLC, I consent to becoming a party plaintiff to this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maribel Hernandez            c/o Sanford Law Firm, PLLC
MARIBEL HERNANDEZ              P.O. Box 39
                               Russellville, AR 72801

Date: September 17, 2012

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CRAIG LYONS, ET AL.,**     **PLAINTIFFS**
**Each Individually and on Behalf of**
**All Others Similarly Situated**

vs.     No. 4:12-cv-245 (JMM)

**CONAGRA FOODS PACKAGED FOOD, LLC**
**d/b/a CONAGRA FOODS**     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was an hourly employee at ConAgra Foods Packaged Food, LLC, on or after April 24, 2009. I understand this suit is being brought under the Fair Labor Standards Act (FLSA) for overtime compensation. As an hourly employee at ConAgra Foods Packaged Food, LLC, I consent to becoming a party plaintiff to this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ William Holmes     c/o Sanford Law Firm, PLLC
WILLIAM HOLMES     P.O. Box 39
    Russellville, AR 72801

Date: September 17, 2012