IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CRAIG LYONS, et al.,
On behalf of Themselves and All Others
Similarly Situated                                                                PLAINTIFFS

VS.                              NO. 4:12CV00245

CONAGRA FOODS PACKAGED FOODS,
LLC                                                                               DEFENDANT

## ORDER

Pending is Plaintiffs' motion to strike certain affirmative defenses. (Docket #129).

Defendant has filed a response. The Court finds that Plaintiffs' motion should be, and hereby is,

DENIED.

IT IS SO ORDERED this 11th day of October, 2012.

_____
James M. Moody
United States District Judge