## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN  DIVISION

**CRAIG LYONS, et al.,**
**On behalf of Themselves and All Others**
**Similarly Situated**                                                                                  **PLAINTIFFS**

**VS.**                                            **NO.  4:12CV00245**

**CONAGRA FOODS PACKAGED FOODS,**
**LLC**                                                                                              **DEFENDANT**

### <u>ORDER</u>

Pending is Plaintiffs' motion to strike certain affirmative defenses.  (Docket #129).

Defendant has filed a response.  The Court finds that Plaintiffs' motion should be, and hereby is,

DENIED.

IT IS SO ORDERED this 11th day of October, 2012.


_____
James M. Moody
United States District Judge