## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN  DIVISION

**CRAIG LYONS, et al.,**
**On behalf of Themselves and All Others**
**Similarly Situated**                                                  **PLAINTIFFS**

**VS.**                            **NO.  4:12CV00245**

**CONAGRA FOODS PACKAGED FOODS,**
**LLC**                                                                 **DEFENDANT**

### ORDER

Pending is the Plaintiffs' motion for discovery regarding their expert study.  (Docket # 324).  The Defendant has filed a response and the Plaintiffs have filed a reply.  For good cause shown, the motion is GRANTED.

Plaintiffs' request number 10 - allowing videographers to enter respective gender locker rooms with a lens-capped video camera running is granted.  Plaintiffs' have sufficiently provided for the privacy and security of Defendant's employees.  Plaintiffs' request number 5 - allowing videographers to request an employee to show their plant photo ID card upon entering and leaving the plant is granted.  Plaintiffs' request number 2  - requiring Con Agra to inform their employees that the filming is an industrial engineering study without details regarding who is conducting the study and for what purpose is granted. The study will take place beginning with the first shift of June 10, 2013 and ending with the third shift of June 14, 2013.

IT IS SO ORDERED this 21st day of May, 2013.

_James M. Moody_
James M. Moody
United States District Judge